| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gottschall, Joan B. | 2. Court or Organization<br><br>U.S. District Court, NDIL | 3. Date of Report<br><br>05/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge--Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Room 2356<br>219 South Dearborn Street<br>Chicago, IL 60604 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Visiting Committee to the Divinity School, University of Chicago |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gottschall, Joan B.** | 05/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gottschall, Joan B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Wellington Fund Symbol VWENX | D | Dividend | N | T | Sold (part) | 11/06/17 | J | | |
| 2. Vanguard Wellington Fund Symbol VWENX | D | Dividend | N | T | Sold (part) | 12/14/17 | J | | |
| 3. Vanguard Wellesley Fund Symbol VWIAX | D | Dividend | O | T | Sold (part) | 12/14/17 | J | | |
| 4. Vanguard Index Trust Symbol VINIX | C | Dividend | M | T | Sold (part) | 11/13/17 | J | | |
| 5. Vanguard Index Trust Symbol VINIX | C | Dividend | M | T | Sold (part) | 12/14/17 | J | | |
| 6. Vanguard Prime Portfolio Symbol VMRXX | A | Dividend | K | T | Sold (part) | 11/03/17 | J | | |
| 7. Vanguard Prime Portfolio Symbol VMRXX | A | Dividend | K | T | Sold (part) | 12/14/17 | J | | |
| 8. Fed Empl Credit Union Accts | A | Interest | K | T | | | | | |
| 9. IBM c/stock | A | Dividend | K | T | | | | | |
| 10. Intel c/stock | A | Dividend | K | T | | | | | |
| 11. Waste Management c/stock | A | Dividend | J | T | | | | | |
| 12. CVS Caremark c/stock | A | Dividend | J | T | | | | | |
| 13. Vanguard Capital Opportunity Fund Symbol VHCAX | B | Dividend | K | T | Sold (part) | 12/14/17 | J | | |
| 14. BlackRock Large Cap Value | B | Dividend | | | Sold | 11/22/17 | K | | |
| 15. BlackRock Value Opportunities | B | Dividend | | | Sold | 11/22/17 | K | | |
| 16. Dodge & Cox Fds Intl Stk Fd Symbol DODFX | A | Dividend | J | T | | | | | |
| 17. American Fund Capital Income Bldr Symbol CAIFX | C | Int./Div. | M | T | | | | | *See Part VIII, No. 2 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Income Fund Symbol AMEFX | C | Dividend | M | T | | | | | |
| 19. American Balanced Fund Symbol AMBFX | C | Int./Div. | N | T | Buy (add'l) | 09/18/17 | L | | *See Part VIII, No. 2 |
| 20. American Mut Fund Symbol AMRFX | A | Dividend | L | T | Buy | 12/11/17 | L | | |
| 21. Capital World Growth Inc. Fund Symbol WGIFX | C | Int./Div. | M | T | | | | | |
| 22. Wintrust Financial Corp. Accounts* | A | Interest | M | T | | | | | *See Part VIII, No. 1 |
| 23. Texas St Prerefunded C: 882723-JT-7 | A | Interest | | | Redeemed | 04/03/17 | J | | |
| 24. Aldine TX Indpt Sch Dist C: 014393-MW-9 | A | Interest | | | Redeemed | 02/15/17 | J | | |
| 25. Antelope VY-East Kern CA C: 03672T-BF-3 | A | Interest | | | Redeemed | 06/01/17 | J | | |
| 26. Boone County KY C: 098825-XH-0 | A | Interest | | | Redeemed | 03/01/17 | J | | |
| 27. California St Preref C: 13063C-H3-7 | A | Interest | | | Redeemed | 06/01/17 | J | | |
| 28. California St Prfd C: 13063C-H5-2 | A | Interest | | | Redeemed | 06/01/17 | J | | |
| 29. Callaway FL Capt Impt Rev C: 131186-AK-4 | B | Interest | | | Redeemed | 08/01/17 | K | | |
| 30. Contra Costa Cnty CA C: 21226P-MS-4 | A | Interest | | | Redeemed | 06/01/17 | J | | |
| 31. Contra Costa Cnty CA C: 21226P-MT-2 | A | Interest | | | Redeemed | 06/01/17 | J | | |
| 32. Curators Univ MO Sys C: 231266-EW-3 | A | Interest | | | Redeemed | 11/01/17 | K | | |
| 33. Delaware Riv JT Toll Bridge C: 246343-JT-5 | A | Interest | | | Redeemed | 07/03/17 | J | | |
| 34. Denton Cnty TX Fresh Wtr C: 24879Y-DR-1 | A | Interest | | | Redeemed | 02/15/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Detroit MI Distr C: 251093-S5-0 | A | Interest | | | Redeemed | 03/01/17 | J | | |
| 36. Douglas Cnty GA Sch Dist C: 259030-QT-4 | A | Interest | | | Redeemed | 04/03/17 | J | | |
| 37. Douglas Cnty GA Sch Dist C: 259030-QL-1 | A | Interest | | | Redeemed | 04/03/17 | J | | |
| 38. Eanes TX Indpt Sch Dist C: 270083-ZR-2 | B | Interest | L | T | | | | | |
| 39. Edinburg TX Cons C: 280785-QF-6 | B | Interest | K | T | | | | | |
| 40. Fishers IN Redev Auth C: 33803T-JR-8 | B | Interest | L | T | | | | | |
| 41. Frederick Cnty MD C: 355694-3F-5 | A | Interest | | | Redeemed | 02/01/17 | J | | |
| 42. Gilmer Cnty CA C: 37586R-AT-1 | A | Interest | | | Redeemed | 04/03/17 | J | | |
| 43. Grand Rapids MI Pub Schs C: 386280-PG-0 | A | Interest | | | Redeemed | 05/01/17 | J | | |
| 44. Greens Pkwy Mun Util Dist TX C: 395397-DK-5 | A | Interest | | | Redeemed | 09/01/17 | J | | |
| 45. Henrico Cnty VA Wtr & Swr C: 426170-JW-7 | B | Interest | L | T | | | | | |
| 46. Jackson MS Pub Sch Dist C: 468449-HW-6 | A | Interest | | | Redeemed | 04/03/17 | J | | |
| 47. Knoxville TN Wtr Rev Sys C: 499818-SM-5 | A | Interest | | | Redeemed | 03/01/17 | J | | |
| 48. Lodi CA USD Sch C: 540274-AVA-9 | A | Interest | | | Redeemed | 08/01/17 | J | | |
| 49. Louisiana Loc Gov Env C: 546279-P3-8 | A | Interest | | | Redeemed | 06/01/17 | J | | |
| 50. Lufkin TX Hlth Facs C: 549802-BH-8 | A | Interest | | | Redeemed | 02/15/17 | J | | |
| 51. Marysville MI Pub Schs C: 574446-EQ-9 | A | Interest | | | Redeemed | 05/01/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Metro Atlanta Rapid Tran C: 591745-D-84 | A | Interest | | | Redeemed | 07/03/17 | J | | |
| 53. Metro Govt Nashville & Davdsn C: 592112-MR-4 | A | Interest | | | Redeemed | 05/15/17 | K | | |
| 54. Michigan Fin Auth C: 59447P-RN-3 | A | Interest | | | Redeemed | 03/01/17 | J | | |
| 55. Missouri St Hwys C: 60636W-KU-8 | A | Interest | | | Redeemed | 05/01/17 | J | | |
| 56. Monmouth Cnty NJ C: 60956P-GM-8 | A | Interest | | | Redeemed | 12/01/17 | J | | |
| 57. Montgomery Cnty MD C: 613340-G5-1 | A | Interest | | | Redeemed | 05/01/17 | J | | |
| 58. New Jersey HC Facs C: 64579F-5X-7 | A | Interest | | | Redeemed | 03/01/17 | J | | |
| 59. New Jersey St Edl Facs C: 646065-NB-4 | A | Interest | | | Redeemed | 07/03/17 | J | | |
| 60. New York NY City C: 64971Q-3V-3 | A | Interest | | | Redeemed | 05/01/17 | J | | |
| 61. New York NY City Mun Wtr C: 64972F-VX-1 | A | Interest | | | Redeemed | 06/15/17 | J | | |
| 62. New York NY Prerefunded C: 64966L-XF-3 | A | Interest | | | Redeemed | 08/01/17 | J | | |
| 63. New York St Urban Dev C: 650035-2D-9 | A | Interest | | | Redeemed | 03/15/17 | J | | |
| 64. New York St Urban Dev C: 650035-2D-9 | A | Interest | | | Redeemed | 03/15/17 | J | | |
| 65. New York St Dorm Auth C: 649903-LC-3 | A | Interest | | | Redeemed | 05/01/17 | J | | |
| 66. Nextera Energy C: 65339K-10-0 | A | Interest | K | T | | | | | |
| 67. Nutley NJ Sch Dist C: 670607-GN-4 | A | Interest | | | Redeemed | 07/17/17 | J | | |
| 68. Ohio St Higher Ed C: 67756D-HM-1 | A | Interest | | | Redeemed | 01/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Orlando FL Cap Impt Spl C: 68641H-FD-1 | A | Interest | | | Redeemed | 10/02/17 | J | | |
| 70. Palm Coast FL Util Sys C: 69661K-BP-4 | A | Interest | | | Redeemed | 04/03/17 | J | | |
| 71. Pearland TX Prerefunded C: 704862-7U-9 | A | Interest | | | Redeemed | 03/01/17 | K | | |
| 72. Rhode Is St Hlth & Ed C: 762244-FT-3 | A | Interest | | | Redeemed | 05/15/17 | K | | |
| 73. South Carolina St C: 837147-V3-8 | A | Interest | | | Redeemed | 01/03/17 | J | | |
| 74. South Dakota Conservancy C: 837545-HN-5 | C | Interest | L | T | | | | | |
| 75. South Dakota St Bldg C: 83755L-JV-9 | A | Interest | | | Redeemed | 06/01/17 | J | | |
| 76. Springfield MA Preref St C: 850752-PL-4 | A | Interest | | | Redeemed | 02/01/17 | J | | |
| 77. St. Louis MO Mun Fin Corp C: 79165N-AT-1 | A | Interest | | | Redeemed | 02/15/17 | J | | |
| 78. St. Louis MO Mun Fin Corp C: 79165N-AV-6 | A | Interest | | | Redeemed | 02/15/17 | J | | |
| 79. Texas St Transn Commn C: 88283L-EH-5 | A | Interest | | | Redeemed | 04/03/17 | J | | |
| 80. Troy St Univ AL Stdnt Fee C: 897721-KK-1 | A | Interest | | | Redeemed | 05/01/17 | K | | |
| 81. University CA Revs C: 91412G-ZQ-1 | A | Interest | | | Redeemed | 05/15/17 | J | | |
| 82. University CT C: 914233-QN-4 | A | Interest | | | Redeemed | 04/03/17 | J | | |
| 83. Washington ST Ser R-C C: 93974D-NJ-3 | A | Interest | | | Redeemed | 07/03/17 | J | | |
| 84. Washington ST Var Purpser C: 93974B-Q3-9 | A | Interest | | | Redeemed | 07/03/17 | J | | |
| 85. Yuma AZ Mun PPTY C: 988515-HY-1 | A | Interest | | | Redeemed | 07/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Alaska Mun Bd Bk C: 01179R-QM-8 | A | Interest | J | T | Buy | 05/17/17 | J | | |
| 87. Baldwin Cnty AL Wts C: 057845-MS-5 | A | Interest | J | T | Buy | 05/22/17 | J | | |
| 88. California St Dpt Wtr C: 13066Y-TJ-8 | A | Interest | J | T | Buy | 04/06/17 | J | | |
| 89. California St Dpt Wtr C: 13066Y-TE-9 | A | Interest | J | T | Buy | 05/02/17 | J | | |
| 90. California St Dpt Wtr C: 13066Y-SY-6 | A | Interest | J | T | Buy | 05/02/17 | J | | |
| 91. California St Prfd Var C: 13063C-7H-7 | A | Interest | J | T | Buy | 05/01/17 | J | | |
| 92. California St Dpt Wtr C: 13066E-WA-7 | A | Interest | J | T | Buy | 05/17/17 | J | | |
| 93. Central Wash Univ Sys C: 155839-CU-5 | A | Interest | J | T | Buy | 04/12/17 | J | | |
| 94. Charlotte Mecklenburg C: 160853-MP-9 | A | Interest | J | T | Buy | 05/01/17 | J | | |
| 95. Chesterfield Twp NJ Sch C: 166519-BR-8 | A | Interest | J | T | Buy | 05/09/17 | J | | |
| 96. Christian Cnty KY Hosp C: 170692-CJ-4 | A | Interest | J | T | Buy | 05/17/17 | J | | |
| 97. Cloverleaf OH Loc Sch Dist C: 18925P-AA-6 | A | Interest | J | T | Buy | 05/10/17 | J | | |
| 98. Colorado St Brd Governrs Univ C: 196707-GG-2 | A | Interest | J | T | Buy | 05/19/17 | J | | |
| 99. Comal TX Indpt Sch Dist C: 199820-V8-1 | A | Interest | J | T | Buy | 05/08/17 | J | | |
| 100. Conn St Gen Rev Rvlvng C: 207737-FP-7 | A | Interest | J | T | Buy | 12/01/17 | J | | |
| 101. Corpus Christi TX Util C: 220245-PS-7 | A | Interest | J | T | Buy | 05/24/17 | J | | |
| 102. Crown Point IN Mlti Sch C: 228485-GY-8 | A | Interest | J | T | Buy | 05/25/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Downingtown PA Area School C: 261097-UK-3 | A | Interest | J | T | Buy | 07/20/17 | J | | |
| 104. East Side Un High S/D CA C: 275282-CH-2 | A | Interest | J | T | Buy | 07/20/17 | J | | |
| 105. El Paso County TX CTF C: 283497-YL-3 | A | Interest | K | T | Buy | 05/08/17 | K | | |
| 106. Georgia St Ser BG/O C: 373384-GX-8 | A | Interest | K | T | Buy | 01/25/17 | K | | |
| 107. Grove City PA C: 399540-DN-0 | A | Interest | J | T | Buy | 07/06/17 | J | | |
| 108. Hamilton Twp PA Mun Auth C: 408104-HR-1 | A | Interest | J | T | Buy | 05/23/17 | J | | |
| 109. Hawaii St Prerefunded C: 419792-GZ-3 | A | Interest | J | T | Buy | 05/22/17 | J | | |
| 110. Hawaii St Unrefunded C: 419792-HD-1 | A | Interest | J | T | Buy | 04/06/17 | J | | |
| 111. Houghton-Portage Twp C: 441587-FK-3 | A | Interest | J | T | Buy | 04/12/17 | J | | |
| 112. Idaho Hsg & Fin Assn C: 45129W-HH-6 | A | Interest | J | T | Buy | 05/02/17 | J | | |
| 113. Kansas City MO Spl Oblig C: 485106-CK-2 | A | Interest | J | T | Buy | 04/05/17 | J | | |
| 114. Lancater PA C: 514328-FZ-1 | A | Interest | J | T | Buy | 04/06/17 | J | | |
| 115. Las Vegas Vly NV Wtr C: 517845-DR-1 | A | Interest | K | T | Buy | 07/07/17 | K | | |
| 116. Los Angeles CA Dpt Arpts C: 544435-B2-5 | A | Interest | J | T | Buy | 04/12/17 | J | | |
| 117. Maryland St 1st Ser B C: 574192-8C-7 | A | Interest | J | T | Buy | 05/24/17 | J | | |
| 118. Massachusetts Bay Transn C: 575577-NA-5 | A | Interest | J | T | Buy | 05/09/17 | J | | |
| 119. Massachusetts St College C: 575832-RZ-5 | A | Interest | J | T | Buy | 07/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Massachusetts St Dev Fin C: 57584X-YQ-8 | A | Interest | J | T | Buy | 05/03/17 | J | | |
| 121. Metropolitan Transn Auth NY C: 59259Y-B9-9 | A | Interest | J | T | Buy | 04/12/17 | J | | |
| 122. Miami-Dade Cnty FL Wtr C: 59334D-FM-1 | A | Interest | K | T | Buy | 05/02/17 | K | | |
| 123. Miamisburg OH City Sch Dist C: 593881-HS-7 | A | Interest | L | T | Buy | 09/11/17 | L | | |
| 124. Minnesota St Prerefunded C: 604129-6E-1 | A | Interest | J | T | Buy | 05/23/17 | J | | |
| 125. Mobile AL Pub Edl Bldg C: 607202-CJ-5 | A | Interest | J | T | Buy | 05/22/17 | J | | |
| 126. Montgomery TX Indpt C: 614121-SC-6 | A | Interest | J | T | Buy | 05/30/17 | J | | |
| 127. NC Tpk Auth Triangle Expwy C: 65830R-AJ-8 | A | Interest | J | T | Buy | 11/02/17 | J | | |
| 128. New Haven CT C: 645020-XY-9 | A | Interest | K | T | Buy | 05/25/17 | K | | |
| 129. New Jersey Econ Dev C: 645918-SC-8 | A | Interest | J | T | Buy | 05/22/17 | J | | |
| 130. New York NY City Trnstnl C: 64971W-RK-8 | A | Interest | J | T | Buy | 05/10/17 | J | | |
| 131. New York St Dorm Auth C: 649903-Q5-3 | A | Interest | J | T | Buy | 05/22/17 | J | | |
| 132. New York St Urban Dev C: 650035-5D-6 | A | Interest | K | T | Buy | 05/03/17 | K | | |
| 133. Ohio St Univ Gen Rcpts C: 677632-VP-3 | A | Interest | J | T | Buy | 08/25/17 | J | | |
| 134. Oregon Hlth Sciences C: 685869-CP-2 | A | Interest | J | T | Buy | 07/05/17 | J | | |
| 135. Pennsylvania St 2nd Ser C: 70914P-KK-7 | A | Interest | J | T | Buy | 11/30/17 | J | | |
| 136. Pennsylvania St Tpk C: 709224-SY-6 | A | Interest | J | T | Buy | 12/01/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Pennsylvania St Tpk Comm C: 709221-QX-6 | A | Interest | J | T | Buy | 03/28/17 | J | | |
| 138. Pennsylvania St Tpk Comm C: 709223-WS-6 | A | Interest | J | T | Buy | 04/11/17 | J | | |
| 139. Pennsylvania St Tpk Comm C: 709224-VV-8 | A | Interest | J | T | Buy | 07/24/17 | J | | |
| 140. RI St Health & Edl Blg C: 762243-E6-6 | A | Interest | K | T | Buy | 01/25/17 | K | | |
| 141. Sacramento Cnty CA Arpt C: 786107-JH-6 | A | Interest | J | T | Buy | 05/09/17 | J | | |
| 142. Santa Fe MN Gross Rcpts C: 802072-MB-1 | A | Interest | K | T | Buy | 05/02/17 | K | | |
| 143. Sienna Plantn Mud No. 3 C: 82620T-LR-3 | A | Interest | K | T | Buy | 05/08/17 | K | | |
| 144. Texas ST Prefunded C: 882723-LF-4 | A | Interest | J | T | Buy | 04/03/17 | J | | |
| 145. Texas St Unref Bal C: 882723-LM-9 | A | Interest | J | T | Buy | 05/19/17 | J | | |
| 146. Texas St Unrefunded Bal C: 882723-LY-3 | A | Interest | J | T | Buy | 04/03/17 | J | | |
| 147. Titus County TX Pass C: 888514-FK-7 | A | Interest | J | T | Buy | 05/04/17 | J | | |
| 148. Triborough Brdg & Tunl C: 89602N-MN-1 | A | Interest | J | T | Buy | 05/24/17 | J | | |
| 149. Tyler TX Indpt Sch Dist C: 902273-SQ-5 | A | Interest | J | T | Buy | 04/04/17 | J | | |
| 150. University Houston TX C: 914301-7Y-6 | A | Interest | J | T | Buy | 05/08/17 | J | | |
| 151. University NE Univ Revs C: 914641-G8-2 | A | Interest | J | T | Buy | 04/04/17 | J | | |
| 152. Van Dyke MI Pub Schs C: 921067-GQ-1 | A | Interest | J | T | Buy | 05/09/17 | J | | |
| 153. Wapakoneta OH City Sch C: 933747-CZ-8 | A | Interest | J | T | Buy | 05/02/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Washington St Univ Revs C: 940093-X4-4 | A | Interest | J | T | Buy | 11/28/17 | J | | |
| 155. Wayland MI Un Sch Dist C: 944233-JV-8 | A | Interest | J | T | Buy | 04/11/17 | J | | |
| 156. Wisconsin St Hlth & Edl Fac C: 97710B-BA-9 | A | Interest | J | T | Buy | 04/10/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  VII, Line 18 -- This is a "sweep" account in both my brokerage and IRA accounts in which money is held pending investment; money is constantly being put into and taken out of the account.

2.  VII, Line 17 and Line 19 have minor title changes to the invesment name.   Same investment as previous years but with a clearer title.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan B. Gottschall**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544